```
LAW OFFICES OF CHRIS COSCA
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
KAREEM WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAREEM WASHINGTON,<br><br>Defendant. | 2:16-CR-00099 JAM<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND TO MODIFY SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FILING OF OBJECTIONS THERETO<br><br>DATE: October 25, 2016<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
|---|---|

**STIPULATION**

1. By previous order, this matter was set for Judgment and Sentencing on October 25, 2016.

2. By this stipulation and with the consent of the probation officer herein, the United States and defendant KAREEM WASHINGTON, now move to vacate the Judgment and Sentencing hearing and set a new date for January 10, 2017.

3. The parties further agree and stipulate to set a new Schedule for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | January 10, 2017 at 9:15 a.m. |
| Reply or Statement of Non-Opposition: | January 3, 2017 |
| Motion for Correction of the PSR Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | December 27, 2016 |
| The Pre-Sentence Report Shall be Filed with The Court and Disclosed to Counsel no Later Than: | December 20, 2016 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | December 13, 2016 |

IT IS SO STIPULATED.

Dated: September 27, 2016          /s/ Chris Cosca for
                                   ROSS K. NAUGHTON
                                   Assistant United
                                   States Attorney


Dated: September 27, 2016          /s/ Chris Cosca
                                   CHRIS COSCA
                                   Counsel for Defendant
                                   KAREEM WASHINGTON

**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of September, 2016.

                                   /s/ John A. Mendez
                                   HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE