**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Docket No: 0972 2:16CR00099-002 |
| ) | |
| Kareem M. Washington ) | |
| ) | |

On January 10, 2017, Kareem M. Washington was sentenced to Supervised Release for a period of four years. Supervision commenced on April 26, 2021.

Mr. Washington has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Mr. Washington be discharged from supervision.

**Respectfully submitted,**            **Reviewed by,**

**Shannon L. Morehouse**            **Laura Giusto**
**Supervising United States Probation Officer**     **Supervising United States Probation Officer**

**Dated:** May 5, 2023
Sacramento, California
SLM

---

### ORDER OF COURT

The Court **DENIES** the request for early termination of supervised release as to Kareem M. Washington.

Dated: May 09, 2023         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE

**Re:    Kareem M Washington**
**       Docket Number:   0972 2:16CR00099-002**
**       <u>Report and Order Terminating Supervised Release</u>**
**       <u>Prior to Original Expiration Date</u>**


CC:    AUSA—Adrian Kinsella
       FLU Unit—United States Attorney's Office
       Fiscal Clerk—Clerk's Office
       Supervisee—Kareem M Washington